IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANICE DURANT, § | | |
| § | | |
| PLAINTIFF, § | | |
| § | | CIVIL ACTION NO. |
| V. § | | _____ |
| § | | JURY DEMANDED |
| CVS PHARMACY, INC., § | | |
| § | | |
| DEFENDANT. § | | |

### DEFENDANT CVS PHARMACY, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant CVS Pharmacy, Inc. (hereinafter referred to as "Defendant" or "CVS"), hereby removes to this Court, the state court action described in Paragraph 1 below. Pursuant to 28 U.S.C. § 1446(a), CVS sets forth the following "short and plain statement of the grounds for removal":

#### A.  THE REMOVED CASE

1. The removed case is a civil action first filed in the 80th Judicial District Court, Harris County, Texas on March 1, 2022, styled *Janice Durant v. CVS Pharmacy, Inc.,* Cause No. 2022-12670 ("State Court Action"). The case arises from alleged injuries sustained by Plaintiff, Janice Durant ("Durant"), on or about March 15, 2020 while at the CVS store located near the intersection of 1960 and Deerbrook Park in Harris County, Texas.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings asserting causes of action, answers, and orders in the State Court Action as of the date of this pleading are attached to this Notice and incorporated herein for all purposes.

3. Attached hereto are copies of the following documents:

**Exhibit "1":**  Index of Matters Being Filed

    Exhibit "A":   Citation Served on CVS Pharmacy, Inc.;

    Exhibit "B":   Plaintiff's Original Petition;

    Exhibit "C":   CVS Pharmacy, Inc.'s Original Answer;

    Exhibit "D":   CVS Pharmacy, Inc.'s Jury Demand;

    Exhibit "E":   The State Court's Docket Sheet;

    Exhibit "F":   List of Counsel

**Exhibit "2":**  Civil Cover Sheet

4. CVS will promptly give all parties written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice of Removal with the clerk of the 80th Judicial District Court of Harris County, Texas where the State Court Action is currently pending.

## B.  REMOVAL IS TIMELY

5. CVS was served with Plaintiff's Original Petition ("Petition") on March 7, 2022. Since the thirtieth day after service of the Petition falls on April 6, 2022, this Notice of Removal is filed timely pursuant to 28 U.S.C. § 1446(b).

## C.  VENUE IS PROPER

6. The United States District Court for the Southern District of Texas is the proper venue for removal of the State Court Action pursuant to 28 U.S.C. § 1441(a) because the 80th Judicial District Court of Harris County, Texas is located within the jurisdiction of the United States District Court for the Southern District of Texas.

## D.  DIVERSITY OF CITIZENSHIP EXISTS

7. This is a civil action that falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship

in accordance with 28 U.S.C. §§ 1441 and 1446.

8. According to correspondence and records provided by Plaintiff, Plaintiff Janice Durant was and is still, to the best of Defendant's knowledge, a resident of Texas. Accordingly, for diversity purposes, Plaintiff is a citizen of Texas. To date, Plaintiff has not identified, served, or joined a Defendant in this case that can defeat diversity jurisdiction.

9. Defendant, CVS Pharmacy, Inc., is a foreign corporation, organized and existing under the laws of the State of Rhode Island with a principal place of business at 1 CVS Drive, Woonsocket, Rhode Island. Accordingly, for diversity purposes, Defendant is a citizen of Rhode Island.

10. Thus, this lawsuit is between citizens of different states, and there is complete diversity of citizenship between Plaintiff and CVS Pharmacy, Inc. pursuant to 28 U.S.C. § 1332.

### E. THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

11. Plaintiff alleges in her Original Petition that she seeks damages in excess of $1,000,000. *See* Plaintiff's Original Petition, p. 4.

12. Based on the aforementioned facts, the State Court Action may be removed to this Court by CVS in accordance with the provisions of 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas; (ii) this action is between citizens of different states; and (iii) the amount in controversy exceeds $75,000, exclusive of interest and costs, as specifically pled in the Petition.

### F. JURY DEMAND

13. Defendant demanded a trial by jury in the State Court Action and paid the jury fee to the Clerk of the Court.

## G.  CONCLUSION

14. For the reasons stated above, Defendant CVS Pharmacy, Inc. requests that Cause Number 2022-12670 now pending in the 80th Judicial District Court of Harris County, Texas, be removed to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

*/s/ John A. Scully*
**JOHN A. SCULLY – ATTORNEY IN CHARGE**
State Bar No. 17936500
john.scully@cooperscully.com
**CHAD NELSON**
Texas State Bar No. 24102930
chad.nelson@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
T: (214)712-9500
F: (214)712-9540

**ATTORNEYS FOR DEFENDANT**
**CVS PHARMACY, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of April, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure as follows:

Stephen Boutros
Stephen Boutros, LTD
2 Riverway, Suite 1770
Houston, Texas 77056
T: (713)425-4300
F: (713)425-4301
Email: Stephen@BoutrosLaw.com
**Attorney for Plaintiff**

      */s/ John Scully*