Case 4:22-cv-01101   Document 23   Filed on 10/17/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JANICE DURANT,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | CIVIL ACTION NO. 4:22-CV-01101 |
| **V.** | § | |
| | § | **JURY DEMANDED** |
| **CVS PHARMACY, INC.,** | § | |
| | § | |
| **DEFENDANT.** | § | |

## ORDER OF DISMISSAL

After considering the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Janice Durant and Defendant CVS Pharmacy, Inc., and pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii), the Court hereby **DISMISSES** all claims, disputes, and controversies with prejudice. Each party shall bear its own costs and fees. All pending motions are **DENIED** as moot. The Clerk of Court is instructed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th of October, 2023.

Keith P. Ellison
United States District Judge